# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELINDA LONERGAN, : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | No. 09-3301 |
| : | |
| RITE AID CORPORATION, et al., : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 15th day of March, 2010, upon consideration of Defendant Rite Aid's Motion to Dismiss (doc. no. 4), Plaintiff's two Motions for Leave of Court to File Amended Complaints (doc. nos. 8 & 11) and the responses thereto, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Opinion, Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's Motions For Leave of Court to File Amended Complaints are **DENIED**. Further, for the reasons set forth in our Opinion, claims against Defendant Marc Thomas are also **DISMISSED**.

The Clerk of Court is directed mark this case **CLOSED.**

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**